AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

AUG 16 2019

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jeremias Chaneb-Pap

**CRIMINAL COMPLAINT**

Case Number: M-19-1938-M

IAE    YOB: 1982
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 14, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Jeremias Chaneb-Pap was encountered by Border Patrol Agents near La Grulla, Texas on August 14, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on August 14, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on June 27, 2019 through Houston, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 13, 2018, the defendant was convicted of Accident Involving Injury and was sentenced to two (2) years confinement.

Approved by AUSA Kristina Penuela on 8/16/19
KP

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence, @ 3:07PM

Signature of Complainant

August 16, 2019                                A. Skarboszewski    Border Patrol Agent

J Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer